IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.     Crim. Action No.: 1:19CR05
                          1:19MC49
                          (Judge Kleeh)

**JESSIKA DAWN BISHOP-HOLT,**

        **Defendant.**

**ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING DRUG COURT COMPLETION AND SCHEDULING SENTENCING HEARING**

On July 28, 2021, United States Magistrate Judge Michael J. Aloi issued his *Order and Report and Recommendation Concerning Defendant's Drug Court Completion* ("R&R") [Dkt. No. 88], recommending that the case be remanded to the District Court for sentencing upon Defendant's completion of the Clarksburg Drug Court Program. On July 2, 2021, Defendant Jessika Dawn Bishop-Holt successfully completed the requirements of the Drug Court Program. [Dkt. No. 88].

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. Neither the Defendant nor the Government filed objections to the R&R.

**ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S DRUG COURT COMPLETION AND SCHEDULING SENTENCING HEARING**

Accordingly, this Court **ADOPTS** the magistrate judge's R&R [Dkt. No. 88] and schedules Defendant for a sentencing hearing on **October 20, 2021,** at **11:00 a.m.** at the **Clarksburg, West Virginia,** point of holding court.

The Court **ORDERS** that prior to sentencing, counsel for Defendant review with him/her the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge Groh, In Re: Revised Standard Probation and Supervised Release Conditions, 3:16-MC-56.

The Office of Probation shall submit any addendum to the presentence investigation report to the Court on or before **October 6, 2021;** and

Counsel may file any written sentencing memorandum or statements on or before **October 6, 2021.**

If counsel anticipates having multiple witnesses or an otherwise lengthy sentencing hearing, please notify the Judge's chamber staff so that an adequate amount of time can be scheduled.

It is so **ORDERED.**

**ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S DRUG COURT COMPLETION AND SCHEDULING SENTENCING HEARING**

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: August 16, 2021

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE